**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

STEPHEN TODEY,                          §
                                        §
        Plaintiff,                      §
                                        §
v.                                      §       Case No. 6:25-cv-458-JDK-KNM
                                        §
GREGG COUNTY, *et al.*,                 §
                                        §
        Defendants.                     §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Stephen Todey, proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983 while he was an inmate of the Gregg County Jail. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for the disposition of the action.

On May 15, 2026, Judge Mitchell issued a Report recommending that Plaintiff's lawsuit be dismissed for failure to prosecute because Plaintiff had failed to comply with the Court's order to file a legible second amended complaint and to fulfill his ongoing duty to satisfy the filing fee requirement for his prisoner suit after his release from jail. Docket No. 20. A copy of this Report was mailed to Plaintiff, who did not file objections within the prescribed period and has taken no other action since that date to prosecute this case.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

1

Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not object in the prescribed period.  The Court therefore reviews Judge Mitchell's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 20) as the findings of this Court.  It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.

So **ORDERED** and **SIGNED** this **13th** day of **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE